NUMBER 13-06-599-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


LEOPOLDO LEAL, Appellant,


v.



NUECES ELECTRIC COOPERATIVE, INC., Appellee.

_________________________________________________________


On appeal from the 28th District Court 


of Nueces County, Texas


_________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam



 Appellant, LEOPOLDO LEAL, attempted to perfect an appeal from a judgment
entered by the 28th District Court of Nueces County, Texas, in cause number 06-2821-A. Judgment in this cause was signed on August 31, 2006. No timely motion
for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal
was due on October 2, 2006, but was not filed until October 19, 2006. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM



Memorandum Opinion delivered and filed this

the 22nd day of November, 2006.